AO 442 (Rev 11/11) Arrest Warrant

FILED FID #

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2017 JUN 13 PM 3:07  69337434

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Grace A. Bosworth aka Steinke | ) | |
| | ) | 1:17 MJ 3140 |
| | ) | |
| | ) | MAG. JUDGE PARKER |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Grace A. Bosworth aka Steinke ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 545, Smuggling; Title 21, United States Code, Section 952, Illegal Importation of a Controlled Substance; and Title 21, United States Code, Sections 841(a)(1) and 846, Conspiracy to Possess with the Intent to Distribute a mixture or substance containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide; also known as Fentanyl, a schedule II controlled substance.

Date:   06/08/2017                                  _____
                                                                   *Issuing officer's signature*

City and state:   Cleveland, Ohio                      Thomas M. Parker, U.S. Magistrate Judge
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/13/17 , and the person was arrested on *(date)* 6/8/17 at *(city and state)* Cincinnati, OH . |
| Date: 6/13/17                    _____ for USPS
                                                *Arresting officer's signature*
                                                L Conyers / USMS
                                                *Printed name and title* |